UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LUIS FELICIANO and FELICIANO'S
ETHNIC FOOD DISTRIBUTORS, INC.,**
    Plaintiff

V.

**LATINO FOOD DISTRIBUTORS, INC.,**
    Defendant

CIVIL ACTION

NO. 3:10-CV-30164-MAP

### ORDER

**Michael A. Ponsor, D. J.**

In accordance with the Court's allowance of the defendant's motion to stay on September 9, 2010, it is hereby ORDERED that the above-entitled action be and hereby is administratively closed, subject to re-opening, if appropriate, at the request of the parties upon the conclusion of the civil enforcement action.

    By the Court,
    Sara A. Thornton, Clerk of Court

September 10, 2010
    Date

/s/ *Maurice G. Lindsay*
    Maurice G. Lindsay
    Deputy Clerk

(Order of Administrative Closing.wpd - 12/98)